# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Curt Badger,<br><br>          Plaintiff,<br><br>v.<br><br>Soo Line Railroad Company d/b/a Canadian Pacific,<br><br>          Defendant. | Civil Action No. 17-cv-470<br>The Honorable William M. Conley<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, by and through the attorneys of record, hereby stipulate to dismiss the above matter with prejudice in its entirety. Said matter is hereby **DISMISSED WITH PREJUDICE**. Said dismissal is without attorneys' fees, costs, expenses or disbursements to any party.

Dated: January 4, 2018           \_s/ Nicholas D. Thompson_____
                                 Nicholas D. Thompson
                                 The Moody Law Firm
                                 500 Crawford Street
                                 Portsmouth, VA  23704
                                 Telephone: 757-393-4093
                                 **ATTORNEYS FOR PLAINTIFF**

Dated: January 4, 2018           \_\_s/ Melinda A. Bialzik_____
                                 Melinda A. Bialzik
                                 Kohner, Mann & Kailas, S.C.
                                 Washington Building
                                 4650 N Port Washington Road
                                 Milwaukee , WI  53212
                                 Telephone: 414-962-5110
                                 **ATTORNEYS FOR DEFENDANT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Curt Badger,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Soo Line Railroad Company d/b/a Canadian Pacific,<br><br>　　　　　Defendant. | Civil Action No. 17-cv-470<br>The Honorable William M. Conley<br><br>**[PROPOSED]**<br>**ORDER** |

Based upon the Stipulation for Dismissal with Prejudice of the parties filed with the Court [Docket No. ___], **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees, costs, expenses or disbursements.

Dated: _____, 2018　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Judge William M. Conley
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge